**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        CASE NO.  15-11126    AMC
                                          :
                                          :        CHAPTER 13
MELISSA M. ROSE                           :
        DEBTOR                            :

**EXHIBIT A**
**MODIFIED**
**CHAPTER 13 PLAN**

1.      The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$19,710.00 at the rate of $2,388.00 over the first 21 months and $445.00 per month over the balance of 39 months.**

2.      From the payments so received, the trustee shall make disbursements as follows:

        (a)      Full payment in deferred cash payments of all claims entitled to priority under 11 U. S. C. §507 as follows:

        **CITY OF PHILADELPHIA WATER REV. CLM#10      $1,852.00**

        (b)      Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**PNC Mortgage. Clm# 9, first mortgage arrears including attorney fees and cost totaling $16,066.00.  Payments shall be forwarded to the proof of claim address.**

**DEBTOR SHALL PAY THE REMAINING SECURED CREDITORS OUTSIDE THE PLAN.**

        (c)      Subsequent to dividends to secured creditors, **PRO-RATA DIVIDENDS TO UNSECURED CREDITORS WHOSE CLAIMS ARE DULY ALLOWED**
:

3.      The following executory contracts of the debtor are rejected :  None.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U. S. C.§350.

Dated:   11/22/2016               /s/ Melissa Rose
                                        Debtor