**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-11126 AMC |
| | : | |
| | : | CHAPTER 13 |
| MELISSA M. ROSE | : | |
| DEBTOR | : | |

**EXHIBIT A**
**MODIFIED**
**CHAPTER 13 PLAN**

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$19,743.00 at the rate of $2,388.00 over the first 21 months and $445.00 per month over the balance of 39 months.**

2. From the payments so received, the trustee shall make disbursements as follows:

    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U. S. C. §507 as follows:

    **CITY OF PHILADELPHIA WATER REV. CLM#10     $1,852.00**

    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**PNC Mortgage. Clm# 9, first mortgage arrears including attorney fees and cost totaling $16,066.00.  Payments shall be forwarded to the proof of claim address.**

**DEBTOR SHALL PAY THE REMAINING SECURED CREDITORS OUTSIDE THE PLAN.**

    (c) Subsequent to dividends to secured creditors, **PRO-RATA DIVIDENDS TO UNSECURED CREDITORS WHOSE CLAIMS ARE DULY ALLOWED**:

3. The following executory contracts of the debtor are rejected :  None.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U. S. C.§350.


Dated:  2/2/2017            /s/ Melissa Rose
                                                Debtor