**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-11126 AMC |
| | : | |
| MELISSA ROSE | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |

## CERTIFICATION

I, Bruce J. Trawick, Esquire Counsel for Debtor herein, certify that as of the 5TH day of FEBRUARY 2017, I have received no objections or responses, except the Trustees response (which has been addressed), to **Debtors Motion to Modify Chapter 13 Plan Post Confirmation** which was filed with the Clerk, U.S. Bankruptcy Court, 3726 U.S. Court House, Philadelphia, PA, on 11/22/2016 and served via U.S. Mail. A review of the Docket, as of FEBRUARY 5, 2017, also reveals no such objections filed.

ANDREW F GORNALL   Representing PNC Bank, National Association
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

William Miller,
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107


   /S/ Bruce J. Trawick
Bruce J. Trawick, Esq.