UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-11126 AMC |
| | : | |
| MELISSA ROSE | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |

## ORDER

**AND NOW**, this _____ Day of ___Feb___, 2016 upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation and allow her to increase her Trustee payment to $445.00 per month for the balance of the plan period, which is THIRTY-NINE (39) months.

**It is Ordered** that the Debtors be permitted to amend their plan to conform to the attached amended plan pursuant to 11 U.S.C. § 1329, increasing their payments to $445.00 per month for the remaining balance of the plan which is THIRTY-NINE (39) months.

BY THE COURT:

_____
U.S. Bankruptcy Judge