## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 15-11126-AMC

MELISSA ROSE

6612 LEEDS STREET

PHILADELPHIA, PA 19151

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MELISSA ROSE

6612 LEEDS STREET

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-

Date: 8/29/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee