**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | | CASE NO.  15-11126 AMC |
|---|---|---|
| | : | |
| | : | CHAPTER 13 |
| MELISSA ROSE | : | |
| | : | |
| (DEBTOR) | : | |
| | : | |

**PRAECIPE TO WITHDRAW THE OBJECTION TO CERTIFICATION OF DEFAULT**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the OBJECTION TO THE CERTIFICATION OF DEFAULT OF

**PNC BANK NATIONAL ASSOCIATION,**; which was filed on 1/17/2018 at docket #106.

Respectfully submitted,

/s/ Bruce J. Trawick
Bruce J. Trawick, Esq
Representing Debtor