United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-11126-amc
Melissa Rose                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Antoinett          Page 1 of 2          Date Rcvd: Feb 20, 2018
                             Form ID: pdf900          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
```
db            +Melissa Rose,    6612 Leeds Street,    Philadelphia, PA 19151-3028
13554091       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
               Los Angeles, CA  90051-5478
13489252      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13479598      +FIRST PREMIER BANK,    601 S. MINNESOTA AVENUE.,    Sioux Falls, SD 57104-4868
13559369      +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
13479599      +PNC Mortgage,    PO Box 1820,   Attn: B6-YM07-01-5,    Dayton, OH 45401-1820
13501250      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13576117       US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
13479601      +VERIZON PENNSYLVANIA INC,    500 TECHNOLOGY DRIVE,    Saint Charles, MO 63304-2225
13544386      +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Feb 21 2018 02:08:18     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2018 02:07:54
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 21 2018 02:08:13     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13556845      +E-mail/Text: g20956@att.com Feb 21 2018 02:08:26     AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
13522835       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2018 02:15:47
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13568456       E-mail/Text: bankruptcy@phila.gov Feb 21 2018 02:08:18     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13479595      +E-mail/Text: bankruptcy@cavps.com Feb 21 2018 02:08:11     Calvary Portfolio Services,
               PO Box 27288,    Tempe, AZ 85285-7288
13506233      +E-mail/Text: bankruptcy@cavps.com Feb 21 2018 02:08:11     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13479597      +E-mail/Text: bankruptcynotices@dcicollect.com Feb 21 2018 02:08:26     Diversified Consultants,
               PO Box 551268,    Jacksonville, FL 32255-1268
13479600      +E-mail/PDF: pa_dc_ed@navient.com Feb 21 2018 02:10:08     US DEPT OF EDUCATION,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13479596     ##+CAPITAL ONE,    PO BOX 5253,    Carol Stream, IL 60197-5253
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                   Date Rcvd: Feb 20, 2018
                              Form ID: pdf900            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC Bank, National Association
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          BRUCE J. TRAWICK    on behalf of Debtor Melissa  Rose brucejitzi@gmail.com,
           srowe@dc33lsp.org;r56186@notify.bestcase.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MELISSA ROSE                                    Chapter 13

                        Debtor            Bankruptcy No. 15-11126-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

  **AND NOW**, this __20th__ day of __February__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-


Debtor:
MELISSA ROSE

6612 LEEDS STREET

PHILADELPHIA, PA 19151